# United States Court of Appeals for the Federal Circuit

---

May 30, 2014

**ERRATA**

---

Appeal No. 2013-1549

**K/S HIMPP,**

**v.**

**HEAR-WEAR TECHNOLOGIES, LLC,**

Decided: May 27, 2014
Precedential Opinion

---

Please make the following change:

Page 2, line 14, "would have been obvious" has been changed to
--would not have been obvious--.